In the Matter of Louis J. IMMEDIATO, Individually and as President of the Assistant Foreman Eligibles Association, Appellant, against PAUL J. KERN et al., Constituting the Civil Service Commission of the City of New York, Respondents.

Argued June 2, 1938; decided July 7, 1938.

*Samuel Resnicoff* and *Samuel J. Joseph* for appellant.

*William C. Chanler, Corporation Counsel (Jeremiah M. Evarts* and *Paxton Blair* of counsel), for defendants, respondents.

*Walter R. Hart* and *Bernard Shatzkin* for intervening respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: RIPPEY, J. Taking no part: CRANE, Ch. J.